ELAINE A. PAGE, Appellant, v. NASSAU RIDING ACADEMY, INC., Defendant, and FRED A. ZIMMERMANN, HELEN ZIMMERMANN and WILBERT R. ZIMMERMANN, Respondents.— Order dismissing the amended complaint as against the individual defendants reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. We are of opinion that the complaint states a cause of action as against these defendants. Answer may be served within ten days from the entry of the order hereon. Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SWEET LIFE FOOD CORPORATION, Appellant.— On appeal by defendant, a wholesale dealer in food, from a judgment of a city magistrate of the city of New York, sitting by consent as a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting it of violating Sanitary Code, section 163 (Chap. 20, art. 9, § 163, of the Code of Ordinances of the City of New York), in that defendant did unlawfully have, keep and offer for sale at its premises in Kings county, assorted foods not then healthy, fresh, sound, wholesome and safe for human food, judgment unanimously affirmed. The evidence established beyond a reasonable doubt the guilt of defendant of the crime charged in the information. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

JOHN RACANELLI, Respondent, v. WILFRED WILSON, Sued Herein as WILLIAM WILSON, Appellant.— Appeal from judgment restraining defendant from engaging in the coal and ice business in the city of White Plains, and for damages. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Davis, Johnston, Adel and Taylor, JJ.